UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL CRAWFORD, <br><br> Plaintiff, <br><br> v. <br><br> VITO ROSELLI, RICHARD B. MARX and THOMAS SCANZANO, Individually and in their Official Capacities <br><br> Defendants. | Civ. Action No. 13-5088 (FLW)(DEA) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by John T. Crutchlow, Esq., on behalf of Vito Roselli, Richard B. Marx, and Thomas Scanzano (collectively, "Defendants,") on Defendants' motion to dismiss the Complaint filed by *pro se* Plaintiff Carl Crawford ("Plaintiff"); it appearing that Plaintiff opposes the motion; the Court having reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for cause shown,

    **IT IS** on this 11th day of February, 2015,

    **ORDERED** that Defendants' motion to dismiss is **GRANTED**; it is

    **FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** as time-barred; it is

    **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 4) be **TERMINATED** as moot.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge